**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL JOHN PAVELAK, | ) | Case No. EDCV 14-02493-AB (KES) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| CHRISTOPHER HAAS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED: September 6, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1